# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| : | **CRIMINAL NO. 14-118** |
| v. : | |
| : | |
| **JUSTIN MICHAEL CREDICO,** : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this 10th day of November 2016, upon consideration of the evidence presented at a reopened hearing pursuant to *United States v. Starks*, it is hereby **ORDERED** that the government has **PROVEN** the accuracy and authenticity of the recorded voicemail messages it now proffers for use at trial for the purposes of *Starks*. This order is without prejudice to any objection or argument that counsel may make at trial as to the weight or admissibility of the recorded voicemail messages that does not rely upon *Starks* or its progeny.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**