IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **JUSTIN MICHAEL CREDICO** | **NO. 14-118** |

## O R D E R

**AND NOW**, this 5th day of April, 2021, upon consideration of *pro se* defendant, Justin Michael Credico's Motion for Preliminary Injunction and the Modification of Supervised Release ref: Court Fees and Fines and Notice of Foreign Law (Document No. 254, filed August 24, 2017), the Supplement to Motion for Modification of Supervised Release (Document No. 261, filed October 6, 2017), the Motion Under 28 U.S.C. § 2255 (Document No. 256, filed August 31, 2017), the Supplement 2255 Motion to Correct Sentence (Document No. 263, filed October 19, 2017), the *Pro Se* Reply in Response and Request for Affirmative Relief (Document No. 267, filed December 1, 2017), the Supplement to 2255 Petition (Document No. 272, filed February 14, 2018), the Supplement to Original 2255 Motion (Document No. 276, filed March 16, 2018), the Motion for Injunctive Relief and Modification of Terms of Supervised Release (Document No. 283, filed June 26, 2019), and the Government's Response in Opposition to Defendant's Motions Under 28 U.S.C. § 2255 (Document Nos. 254, 256, 261, 263, 272, 276 and 283) (Document No. 286, filed October 1, 2019), for the reasons stated in the accompanying Memorandum dated April 5, 2021, **IT IS ORDERED** that *pro se* defendant, Justin Michael Credico's Motion Under 28 U.S.C. § 2255 (Document No. 256) and related supplements (Document Nos. 263, 267, 272, 276) are **DENIED**.  A certificate of appealability will not issue because reasonable jurists would not debate whether the Motion states a valid claim of the denial

of a constitutional right or the propriety of this Court's procedural ruling with respect to defendant's claims.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS FURTHER ORDERED** that the relief sought in the Motion for Preliminary Injunction and the Modification of Supervised Release ref: Court Fees and Fines and Notice of Foreign Law (Document No. 254), the Supplement to Motion for Modification of Supervised Release (Document No. 261) and the Motion for Injunctive Relief and Modification of Terms of Supervised Release (Document No. 283) is **GRANTED** to the extent that Credico's monthly payment of his criminal monetary penalties is reduced from $50 per month to $10 per month. The Motion for Preliminary Injunction and the Modification of Supervised Release ref: Court Fees and Fines and Notice of Foreign Law (Document No. 254), the Supplement to Motion for Modification of Supervised Release (Document No. 261) and the Motion for Injunctive Relief and Modification of Terms of Supervised Release (Document No. 283) are **DENIED** in all other respects.

BY THE COURT:

/s/ Hon. Jan E. DuBois

**DuBOIS, JAN E., J.**