**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 14-cr-0118-1** |
| | : | |
| **JUSTIN MICHAEL CREDICO** | : | |
| | : | |

## ORDER

**AND NOW**, this **29th** day of **June 2026**, upon consideration of Petitioner Justin Credico's

*pro se* Petition for Writ of Coram Nobis, Alternatively, Audita Querela, or Jointly (the "Petition")

(ECF No. 301), and the docket, it is hereby **ORDERED** that the Petition (ECF No. 301) is

**DENIED** for the reasons stated in the accompanying memorandum opinion.


**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**