**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 14-cr-0118-1** |
| | : | |
| **JUSTIN MICHAEL CREDICO** | : | |
| | : | |

**ORDER**

**AND NOW**, this **9th** day of **July 2026**, upon consideration of Petitioner Justin Credico's *pro se* Motion for Reconsideration (the "Motion") (ECF No. 309), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 309) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**